IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

COMPLEX BUSINESS LITIGATION
DIVISION

ROBERTO ROMAGNOLI, MARCO ROMAGNOLI, and DINURO INVESTMENTS, LLC, a Florida limited liability company,

    Plaintiff,

v.

FELISBERTO FIGUEIRA CAMACHO; FELMA, LLC, a Florida limited liability company; MERICI, LLC, a Florida limited liability company; JAVIER MACEDO; ROMAC, LLC, a Delaware limited liability company; STARMAC, LLC, a Florida limited liability company; SR-ACQUISITIONS, LLC, a Florida limited liability company; SR ACQUISITIONS – FLORIDA CITY, LLC, a Florida limited liability company; SR ACQUISITIONS-HOMESTEAD, LLC; FELCA, LLC, a limited liability company; and OCEAN BANK,

    Defendants.

_____/

CASE NO. 11-cv-10901 CA 40

  Consolidated with

CASE NO. 11-cv-10900 CA 40

## SECOND AMENDED COMPLAINT

Plaintiffs Roberto Romagnoli ("R. Romagnoli"), Marco Romagnoli ("M. Romagnoli"), and Dinuro Investments, LLC ("Dinuro") sue Felisberto Figueira Camacho ("Camacho"), Javier Macedo Rodriguez ("Macedo"), Merici, LLC ("Merici"), Starmac, LLC ("Starmac"), SR Acquisitions, LLC ("SR Acquisitions"), SR Acquisitions-Florida City, LLC (SR-Florida City"), SR Acquisitions-Homestead, LLC ("Homestead"), Romac, LLC (Romac"), Felca, LLC ("Felca") and Ocean Bank ("the Bank"), and state:

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI, MIAM-DADE COUNTY, FLORIDA

COMPLEX BUSINESS LITIGATION DIVISION (40)
CASE NO.: 11-10900 CA (01)
Consolidated for Discovery Only with Case No.: 11-10901 CA (40)

DINURO INVESTMENTS, LLC., a
Florida limited liability company,

        Plaintiff,

vs.

FELISBERTO FIGUEIRA CAMACHO,
FELMA, LLC., a Florida limited liability
company, et al.,

        Defendants.
_____/

ORDER APPROVING CIVIL GENERAL MAGISTRATE'S
REPORT AND RECOMMENDATION ON GRANTING DEFENDANTS' MOTION FOR
PROTECTIVE ORDER STAYING DISCOVERY AND ON PLAINTIFF'S MOTION TO
OVERRULE OBJECTIONS TO SUPOENA DUCES TECUM TO NON-PARTY SAN
REMO HOMES AT HOMESTEAD, LLC.

THIS CAUSE came before the Court without a hearing upon the Magistrate's Report and Recommendation, and the Court having considered the findings and recommendations therein, and being advised that no exceptions to the Magistrate's Report have been filed within the time provided by Fla. R. Civ. P. 1.490(h), it is

ORDERED AND ADJUDGED as follows:

1. That the General Magistrate's Report and Recommendation dated December 8, 2011 be and the same is hereby ratified and approved;

2. The Court adopts each and every recommendation contained therein as this Court's Order;

Case No.: 11-10900 CA (40)
Consolidated for Discovery Only w/Case No.: 11-10901 CA (40)

3. The parties are ordered to abide by all findings and recommendations contained in the Magistrate's Report; and

4. All prior Orders not inconsistent herewith are reaffirmed.

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida this <u>26th</u> day of January, 2012.

*[signature]*
GILL S. FREEMAN
CIRCUIT COURT JUDGE

**Conformed Copy**

JAN 2 6 2012

Gill S. Freeman
Circuit Court Judge

Copies furnished to:
CARLOS F. CONCEPTION, Esq.
SCOTT A. BURR, Esq.
PATRICIA A. MONTES DE OCA, Esq.
CONCEPCION MARTINEZ BELLIDO
255 ARAGON AVE # 2ND FL
CORAL GABLES, FL 33134

JORGE E. OTERO, Esq.
JORGE E. OTERO & ASSOCIATES
75 VALENCIA AVE # 2ND FL
CORAL GABLES, FL 33134

STEVEN M. EBNER, Esq.
SHUTTS & BOWEN, LLP
201 SO. BISCAYNE BLVD # 1500
MIAMI, FL 33131

WILFREDO A. RODRIGUEZ, Esq.
AVILA RODRIGUEZ ET AL
2525 PONCE DE LEON BLVD # 1225
CORAL GABLES, FL 33134

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

COMPLEX BUSINESS LITIGATION DIVISION

CASE NO. 11-10901-CA-40

DINURO INVESTMENTS, LLC, a Florida limited liability company,

    Plaintiff,

vs.

FELISBERTO FIGUEIRA CAMACHO; FELMA, LLC, a Florida limited liability company; MERICI, LLC, a Florida limited liability company; JAVIER MACEDO; ROMAC, LLC, a Florida limited liability company; STARMAC, LLC, a Florida limited liability company; SR ACQUISITIONS – FLORIDA CITY, LLC, a Florida limited liability company; SR ACQUISITIONS, LLC, a Florida limited liability company; ROMAC, LLC, a Delaware limited liability company, FELCA, LLC, a limited liability company; and OCEAN BANK,

    Defendants.

_____/

## AGREED ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

THIS MATTER is before the Court upon Defendants Merici, LLC; Starmac, LLC; SR Acquisitions – Florida City, LLC; Romac, LLC, a Delaware limited liability company; Felca, LLC; SR Acquisitions, LLC; Felma, LLC; and Javier Macedo's (hereinafter collectively referred to as "MSSRFSFM") Motion for Enlargement of Time, dated January 30, 2012. The Court having reviewed the Motion, having been advised of the agreement of the parties, and being fully advised in the premises, it is hereby

    ORDERED and ADJUDGED as follows:

CASE NO. 11-10901-CA-40

1. The Motion for Enlargement of Time is hereby Granted.

2. The MSSRFSFM Defendants shall have until February 24, 2012 to serve their Response to Plaintiff's Second Amended Complaint.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 02/01/12 10:23 AM.

JOSE M RODRIGUEZ
CIRCUIT COURT JUDGE

The movant shall, using any method(s) mandated by the Florida Rules of Civil Procedure serve all parties/counsel of record with a true and correct copy of this Order IMMEDIATELY and file proof of service with the Clerk.

Signed and stamped original Order sent to court file by Judge Rodriguez' staff. Electronic copy furnished ONLY to any below listed recipient(s) by facsimile whose facsimile number(s) is/are CORRECTLY FORMATTED and listed herein.

Copies furnished to:

[Fax:Steven M. Ebner@305-347-7760]
[Fax:Scott Burr@305-444-3665]
[Fax:Jorge E. Otero@305-443-0164]
[Fax:Wilfredo A. Rodriguez@305-779-3561]

2

PAGE 4/4 * RCVD AT 2/1/2012 10:26:43 AM [Eastern Standard Time] * SVR:SB-NAP-FAX/2 * DNIS:7760 * CSID:Fax Server * DURATION (mm-ss):01-28