# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305) 523-5100

Date: 5/1/2012

**ATTN: Civil Correspondence Clerk**
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

RE:   District Court Case No.: 12-20673-CV-Graham

State Court Case No.: 11-cv-10901 CA 40

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

STEVEN M. LARIMORE
Clerk of Court

by: s/ Rosy Avael
         Deputy Clerk

Enclosures

| ✓ 400 N. Miami Ave. Room 8N09 Miami, FL 33128 (305) 523-5100 | ☐ 299 E. Broward Blvd. Room 108 Ft. Lauderdale, FL 33301 (954) 769-5400 | ☐ 701 Clematis Street Room 402 West Palm Beach, FL 33401 (561) 803-3400 | ☐ 300 South Sixth Street Fort Pierce, FL 34950 (772) 467-2330 | ☐ 301 Simonton Street, Room 130 Key West, FL 33040 (305) 295-8100 |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305) 523-5100

Date: 5/1/2012

**ATTN: Civil Correspondence Clerk**
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

RE:  District Court Case No.: 12-20673-CV-Graham

State Court Case No.: 11-cv-10901 CA 40

Dear Sir/Madam:

Pursuant to 28 U.S.C.§1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court. Enclosed please find a certified copy of this Court's Order of Remand in the above referenced case.

Please acknowledge receipt of the above on the enclosed copy of this letter.

STEVEN M. LARIMORE
Clerk of Court

by: s/ Rosy Avael
         Deputy Clerk

Enclosures

| **CLERK'S ACKNOWLEDGEMENT OF RECEIPT** |
|---|
| The undersigned hereby acknowledges receipt of the District Court's certified copy of the Order of Remand |
| This case has been assigned the following State Court case number:_____. |
| by: _____, Deputy Clerk |
| on: _____ |

✓ 400 N. Miami Ave. Room 8N09 Miami, FL 33128 (305) 523-5100
☐ 299 E. Broward Blvd. Room 108 Ft. Lauderdale, FL 33301 (954) 769-5400
☐ 701 Clematis Street Room 402 West Palm Beach, FL 33401 (561) 803-3400
☐ 300 South Sixth Street Fort Pierce, FL 34950 (772) 467-2330
☐ 301 Simonton Street, Room 130 Key West, FL 33040 (305) 295-8100